IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DETEL ANTHONY BEARE                                                           PLAINTIFF

v.                                    3:05CV00291SWW/HLJ

STATE OF ARKANSAS, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of May, 2007.

/s/Susan Webber Wright

United States District Judge